IN THE U.S. DISTRICT COURT
101 West Lombard Street
Baltimore, Md. 21201
FOR THE DISTRICT, CIRCUIT COURT OF Md.

| | |
|---|---|
| EDSON FURTADO,  PLAINTIFF<br>2 STANDARD COURT<br>Gathersburg, Md. 20877<br>Vs.<br>DEFENDANTS<br>1) Douglas F. Gansler, Kath Knight,<br>Donna Fentom, else at (Attorney General Office)<br>200 St. Paul Pl.<br>Baltimore, Md. 21202<br>2) Nelson Rupp Jr., Cornelius J. Vanghey, at<br>50 Maryland Ave  (M.C. Court-House)<br>Rockville, Md. 20850<br>3) Sheila Davenport, Angela Kim-Lee, Muhammed<br>Ajanah, Danielle R. Robinson, Ana N. Cervantes, else<br>at (Clifton T. Perkins Hospital Center, else)<br>8450 Dorsey Run Rd.<br>Jessup, Md. 20794<br>4) Richard S. Bernhardt, Diane O. Leasure,<br>Louis A. Becker, Timothy J. McCrone, at<br>8360 Court Ave  (H.C. Court-House)<br>Ellicott-City, Md. 21043<br>5) Ronald Gottlieb, at (Public Def. Office)<br>199-P East Montgomery Ave<br>Rockville, Md. 20850<br>6) Terry McGamn, Esq.<br>51 Monroe St., Suite 600<br>Rockville, Md. 20850<br>7) Gwyn Hoerauf, Esq.<br>77 South Washington St.<br>Rockville, Md. 20850<br>8) Robin Hayden→(ID Badge 1095), Troy Smallwood→<br>(ID Badge 1306), Pak→(ID Badge 2157), Dixon→(ID Badge 2002),<br>Peter L. Worden→(ID Badge 1079), W. Sands→(ID Badge 2052),<br>Commissioner with initials T.L.→(ID Badge 6587), else officers involved. | AT Montgomery-County Court-<br>House Original Cases No. 102410<br>and 004D00158190, also<br>Howard-County-Court-House Cases<br>No. 13-C-10-081739 O.C., 13-<br>C-10-082064 H.C., 13-C-09-<br>079744 Judicial-Release, 13-C-09-<br>9533 H.C., else collateral cases.<br><br>CIVIL NO. RWT-10-1904<br>RECEIVED<br>PRO SE<br>JUL 14 2010<br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ FILED<br>_____ LOGGED _____ ENTERED<br>_____ RECEIVED<br>JUL 14 2010<br>AT BALTIMORE<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ DEPUTY |

## "COMPLAINT"

1) JURISDICTION IN THIS CASE IS BASE ON;

MISAPLICATION OF STATE STATUS, FRAUD, PERJURY, BIAS, ABUSE OF DISCRETION, OBSTRUTION OF JUSTICE, CONFLICT OF INTEREST, FALSE ARREST, COMMITMENT-ADMISSION IN JAIL OR HOSPITAL, UNLAWFUL DETENTION, INTERFERENCE OF PLAINTIFF RIGHTS, UNLAWFUL BILLING FOR SERVICES, INTENTIONAL NEGLIGENCY, TORTS, MALICE, ELSE - (PRETENCES), THE USE OF FORCE AND COERCION TO COMPEL ME TO AGREE CONTRACT WITH THE STATE OF MARYLAND IN ORDER TO HELD ME AS THE SURETY FOR THE CHARGES AGAINST MY DEBTOR AND AUTHORITIES-ACCUSERS AND PARTAKERS DENY ME EQUAL-PROPER JURY OR NON-JURY-TRIALS AND ASKED ENTITLED RELIEFS WITHOUT-CAUSE EVERY TIME I GO TO COURT-HOUSES. SEE "BERGER Vs. U.S., 295 U.S. 78 (1935) holding, DUTY OF STATE ATTORNEY'S AND COURT'S IS. TO ENSURE THAT THE GUILTY SHALL NOT ESCAPE OR INNOCENT SUFFER, BUT TO SEEK JUSTICE, NOT CONVICTION, OTHERWISE PROSECUTORY-JUDICIAL-MISCONDUCT, SEE ALSO "RULES AND CODES OF PROFESSIONAL CONDUCT, RULE 3.8 (1983), DR. 7-103 (1980), EC. 7-13 (1980), ELSE.

2) THE FACTS OF THIS CASE ARE;

(A) "ARGUMENT" See "ESTATE OF PHILLIP Vs. DISTRICT OF COLUMBIA, 257 F. App. 2d. 69, 82 (D.D.C. 2003) holding, A CIVIL CONSPIRACY OCCURS WHEN TWO OR MORE

PERSONS ACTING IN CONCERT PLAN TO COMMIT UNLAWFUL ACTS, OR LAWFUL ACTS BY "UNLAWFUL MEANS". SEE "SANDERS VS. ENGLISH, 950 F. 2d. 1036 (6TH CIR. 1992) holding, FALSE ARREST, illegal detention - (False imprisonment) is MALICIOUS PROSECUTION," → ARE RECOGNIZED as cause of action UNDER TITLED 42 SECTION 1983 (... Claim - TORTS). ON or about 01- -05 at 7:00 PM, I PLAINTIFF, A SOVEREIGN - PRIVATE MAN CITIZEN CALL Montgomery-County-Police-(Office Evette D. Greaham, show-up) TO REPORT a BURGLARY - FIRST - DEGREE COMMIT BY "JUCINEIA STUCCHI" at 4111 POSTGATE, APT. 204, Silver SPRING, MD. 20906, "The Plaintiff EX-GIRLFRIEND", after Police CHECK-up conclude To BE TRUTH, BUT do NOT ARREST JUCINEIA STUCCHI OR RETURN STOLEN - STAFF, I FILED CHARGES ON HER, BUT SHE BEING AT TIME WITH LOW-SORT-PERSON, That hold STOLEN STAFF - (ELETRONICS, ELSE) at 14624 BAUER DR. Apt. 7, Rockville, MD. 20853, IT help Her at time ELIANE NUBIA ANTOM, then without at time Knowledge OF STUCCHI with help OF CORRUPT-POLICE OFFICERS AND OFFICIALS SUCH as: ROBIN HAYDEN, TROY SMALLWOOD, PETER L. WORDEN, ELSE MADE up BOGUS PEACE-ORDERS "AFTER THE FACTS" ON 03-08-05 AND 03-10-05 BY SIGN as PETITIONER STUCCHI-(SHE ELIANE TESTIFY THAT AT TRIAL on 03-27-08, ELSE) also - (STUCCHI said they just use HER NAME NEVE sign Any Thing), AND HAYDEN, ROBIN Sign As DISTRICT-COURT-Judge CORNELIUS J. VENGHEY AND COMMISSIONER, INICIALS T.L. badge 6587 with they consent, To legalize BURGLARY COMMIT BY STUCCHI, (B) Then To TOSS-OUT The CHARGES against HER - "Being instructed By them all by show-up at FAKE-Trials; Justify false Domestic incident and detention," ≠ as victim I was false ARREST ON 04-06-05 To The ISsues and pretend my dwellings - private-Places unlawfully SEARCH, and again another Fraudulent-Police-Court-Document was MADE-up The SAME day "STATEMENT of CHARGES" AND again Hayden Robin Sign as The Commissioner AND a Fellow-Officer - "SMALLWOOD-TROY Badge 1306", Sign AS HER "The PRETEND ARREST OFFICER" using Her Badge Number as HIS (Badge 1095), (SEE Cases 004D00158190 AND 102410 M.C.) after a false indictment By Kath Knight, else, "a chain Reaction on Fraud occurs, and; (C) Trial less delay B- Cause of The ABUSES, I PLAINTIFF Then Filed - (FROM - JAIL) CRIMINAL CHARGES AND complaints with Common - Law and INTERNAL - AFFAIRS ON ISSUES, Case No. 07-0147-INT. Filed on 12-26-05 Bar in on 01-06-06, By Capt. DOUGLAS, MCFEE, AND KATH, RHODES, (240) 773-5400, All accused AND PARTAKERS WITH Them WAS FOUND GUILTY OF Fraud, Perjury, ABUSES, ELSE at TRIAL-BOARD-INTER- NAL - AFFAIRS IN CHAIN REACTION - (include - PRETENDED VICTIM STUCCHI), BUT They still FORCE ME To TRIAL INSTEAD DISMISS-FALSE-CASE AGAINST ME, as I asked, OUT OF BIAS, Fraud, CONFLICT OF INTEREST, ABUSE OF THEY DISCRETION, ELSE IN ORDER TO TRY OVERTURN OWN CONVICTIONS with help of Defense - Lawyer at Time, WHEN They SAW CASE would End-up in Favor of me against THEM, They STOP TRIAL ON 03-29-06 AND ACCUSE me falsely "IST" - dangerous with mental issues, with- out - Trial and Committed - Admitted at CLIFTON T. PERKINS Hospital Center, In IT I WAS EXONORA- LATER ON 09-13-07 AND 06-24-08 (First Before Ad. Law-judge Then Final-judgment M.C. Circuit-court

and DISCHARGE FROM HOSPITAL, (D) Again WHEN They SAW case To Be End-up against Them, They STOP Trial FALSELY, it I DISAGREE - "I'm Not a patient and refuse Treatments and Evaluations", I was false accused "IST - dangerous by Mental-Issues" on 12-10-08, committed Unlawfully without-Trial and put UNDER Double-JEOPARDY AND AUTHORITIES REFUSE TO GIVE ME AS I ASKED MANY-TIMES A JURY-TRIAL UNDER §10-805 IN Montgomery-County AND Howard-County or asked Reliefs in Motion or To accept my ARGUMENT or EVIDENCES on record Legally THAT CONCLUSIVE proves me "EDSON FURTADO" innocent, "Conclusion" (E) I NEVER ASK for Competency-Hearings, But for REVIEW-TRIALS-with-Jury, AND Judges and Lawyers cause Mistrials, Because I ask for Double-Jeopardy Clause-Protection To all and Multiple violations of Speed-Trial, confrontations, else To Apply By a BIFURCATED-REVERSAL-CASE To CONFRONT EXAMINE FACE TO FACE accusers-partakers and evidences Legally on Record before ORIGINAL-ORDERS was given. Then a Jury may decide Who is RIGHT OR WRONG concerning "IST-DANGEROUS-ISSUES" To release The innocent and sentence The Guilty in The Same They put FURTADO To Suffer To Own good, So They Authorities-accusers-partakers became extremely Bias and ANGRY at Plaintiff and Dismiss and/or deny Him entitled-RELIEFS and Trials He asked up To this day over 5-years To Cause Him and His family To suffer physical-MENTAL ABUSES-ASSAULTS AND HARMS-(See Rights-Advisor-RGS# Complaints on Record, Such as dated 05-31-10, 07-02-10, 07-09-10, Case #61287 HCM-81410 SMX, with The JOINT-Commission concerning Clifton T. Perkins Hosp. Center incidents, Call 1800 747-7454), See "Bush Vs. DIRECTOR, PATUXENT Inst., 22 md.App. 353, 324 A.2d. 162, Cert-denied, 272 md. 745 (1974) holding, IST-Person Admitted-Committed in Mental-Hospital HAS NOT been Convict of a CRIME, But accused of MENTAL-Issues only and have The Right To Mandatory EQUAL-JURY OR NON-JURY-Trial for His RELEASE", See "DURANT VS. Superintendant Clifton T. Perkins State Hospital, 254 md. 467, 248 A. 2d. 148 (1968) and "JOHNSON VS. Superintendant Clifton T. Perkins STATE Hospital, 257 md. 100, 262 A. 2d. 527 (1970) holding, individual Civil Committed-dangerous, Must do dangerous-Tests for To be released if Has NOT yet satisfy Court-Judge or Jury, But when defendant-person Has Satisfy Court That He was NOT INCOMPETENT (IST) and NOT dangerous (NCR), Admission-Commitment is Unlawful, no longer Applicable over The Same Status, MUST release defendant, "See "Langworthy Vs. STATE, 248 md. 588, 399 A.2d. 578 (1979) Certified, 450 U.S. 960, 101 S.CT. 1419, 67 L. Ed. 2d. 384 (1981) holding, individual Admission-Commitment Final-Judgment-REVERSAL-DISPOSITION, only upon Abuse of Judicial DISCRETION-EXERCISED", See "TREECE VS. STATE, 313 md. 665, 547 A.2d. 1054 (1988) holding, Bifurcated-cases, verdicts To Trial MUST came FIRST on Guilty or innocent, Then follow Commitment, psycho-Tests if guilty or release defendant if innocent", Also State, Limit To prosecution in FURTADO'S case Has expired on 04-06-10,

SEE "BELL VS. STATE" AND "HOPE VS. STATE", HOWEVER you can show that Judge or prosecutor cause mistrials - (Timely-process), The Double-Jeopardy clause will bar your retrial". (F) NOW I'am - (Plaintiff-Furtado) unlawfully being holded at Clifton T. Perkins Hospital-Center against my will.

(3) THE RELIEF I WANT THE COURT TO ORDER IS; (A) Compensation for lost time over 5 years in the amount of; Three Hundred and Fifty Millions ($350.000.000) U.S. Dollars AND FOR PUNITIVE DAMAGE the amount of; Six Hundred and Fifty Millions ($650.000.000) U.S. Dollars for personal injury relief to detainment, defamations, abuses, physical-mental assaults and harms, hardships, sufferings, else. (B) AN INJUNCTION ORDERING FOR; At this time I'm being holded against my Sovereign Will, my name is "EDSON FURTADO", authorized representative, secured Party Creditor and Owner of said debtor name in all CAPITALS, and in CAPITALS and lower case. I AM requesting immediately release without conditions from the said case in court ((own-order) ORDER TO RELEASE - DISCHARGE me from hospital or jail and dismiss-bar-all charges against my person and name with-prejudice in original cases, (include 1ST-dangerous-issues) By double-jeopardy, Speed-Trial, Confrontations, ELSE Clause violations, and I'm requesting that the Bond-Recognizance be set-up to me, The secured Party and third party intervener for the matter. (C) To put on Record of this complaint-motion as well all I sent TO this court in cases RDB-10-247 and RWT-10-732, REOPEN and consolidate them as one Jury-Trial with this complaint for the asked reliefs in them this month or next, please also Bond The U.S. Attorney General Office "To assist in all as Standby, if defendants do not show-up and submit selves to examinations-personally and show conclusive legal evidences to to prove they believes-allegations, ORDER ALL RELIEFS BE GIVEN TO ME AS MANDATORY.

Respectfully Submitted.
07-13-10
date

EDSON FURTADO, Plaintiff
2 STANDARD COURT
Gaithersburg, Md. 20877
(without response, without prejudice)

"MOTION TO WAIVE COSTS"

I EDSON FURTADO, ASK THIS COURT TO WAIVE ALL COSTS TO THE ABOVE ACTION, I DO NOT HAVE MONEY OR ELSE TO pay for it, very truth of yours.
Respectfully Submitted.
07-13-10
date

EDSON FURTADO, Plaintiff
(A SOVEREIGN-PRIVATE-CITIZEN)

"AFFIDAVIT"

"I SOLEMNLY AFFIRM UNDER PENALTIES OF PERJURY THAT THE FORGOING IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF."
07-13-10
date

EDSON FURTADO, Plaintiff

"CERTIFICATE OF SERVICE"

I HEREBY CERTIFY THAT ON THIS 13 OF JULY 2010, THE FORGOING WAS MAIL TO;
(1) Clerk, U.S. District Court (2) Clerk, Attorney General Office, et.al.,
101 West Lombard St.     200 St. Paul Pl.
Baltimore, Md. 21201     Baltimore, Md. 20202

EDSON FURTADO, Plaintiff