IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EDSON FURTADO, | * | |
| Petitioner | * | |
| v. | * | Civil Action No.  RWT-10-1904 |
| DOUGLAS F. GANSLER, | * | |
| KATH KNIGHT, | | |
| DONNA FENTOM, | * | |
| NELSON RUPP, JR., | | |
| CORNELIUS VANGHEY, | * | |
| SHEILA DAVENPORT, | | |
| ANGELA KIM-LEE, | * | |
| MUHAMMED AJANAH, | | |
| DANIELLE R. ROBINSON, | * | |
| ANA N. CERVANTES, | | |
| RICHARD S. BERNHARDT, | * | |
| DIANE O. LEASURE, | | |
| LOUIS A. BECKER, | * | |
| TIMOTHY J. McCRONE, | | |
| RONALD GOTILIEB, | * | |
| TERRY McGAMN, | | |
| GWYN HOERAUF, | * | |
| ROBIN HAYDEN, | | |
| TROY SMALLWOOD, | * | |
| PAK, | | |
| DIXON, | * | |
| PETER L. WORDEN, | | |
| W. SANDS, and | * | |
| T.L., | | |
| | * | |
| Respondents. | | |

***
**<u>ORDER</u>**

The above-captioned Petition seeks monetary damages and injunctive relief in the form of an order requiring Petitioner's release from custody as well as dismissal of all charges against him.  Paper No. 1.  Petitioner asserts Respondents formed a conspiracy to deprive him of his freedom by concocting burglary charges against him and confining him against his will.  He

states he has requested a jury trial but has been denied. He is currently confined at Clifton T. Perkins Hospital against his "sovereign will." Petitioner refers to himself as a "secured party creditor and owner of said debtor name in all capitals and in capitals and lower case." Id. at 4.

It is clear that a criminal prosecution is currently pending against Plaintiff [1] and this Court must abstain from considering matters that impact on the validity of matters pending before that court. See Younger v. Harris, 401 U.S. 37, 43 (1971). Accordingly, it is this 22nd day of July, 2010, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The petition IS DISMISSED without prejudice;

2. The Clerk SHALL PROVIDE a copy of this Order to Petitioner; and

3. The Clerk SHALL CLOSE this case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

---

[1] A search of the Maryland Judiciary Case Search website (http://casesearch.courts.state.md.us) reveals an open, ongoing criminal case against Petitioner in the Circuit Court for Montgomery County. State of Maryland v. Furtado, No. 102410C (Md. Cir. Ct. May 5, 2005). An appeal of the court's order committing Petitioner for evaluation is pending.